**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **DARRYL KINNEY** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | |
| | ) | |
| | ) | **CASE NO. 12-CV-6810** |
| **CITY OF WAUKEGAN and** | ) | Judge John Z. Lee |
| **CITY OF CHICAGO,** | ) | Magistrate Judge Mason |
| | ) | |
| **Defendants.** | | |

**DEFENDANT CITY OF CHICAGO'S
MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendant City of Chicago (the "City"), by and through its attorney, Stephen R. Patton, Corporation Counsel for the City of Chicago, moves pursuant Fed. R. Civ. P. 12(b)(6) to dismiss Plaintiff's Complaint on the following grounds:

1. Plaintiff has failed to allege any facts supporting liability against the City or any individual City actor, and has failed to allege that any allegedly unconstitutional acts were taken pursuant to City policy or by individuals with final policymaking authority, such to hold the City of Chicago liable.

2. Plaintiff has failed to allege facts supporting his claim for relief for employment discrimination under Title VII, in that he has failed to allege where he was employed, what discriminatory acts were taken, who took them, when, or any adverse consequences as a result thereof.

3. Plaintiff has failed to allege a claim for invasion of privacy under 5 U.S.C. § 552a(g), in that this claim may only be asserted against the federal government. Further, Plaintiff has failed

to allege facts for invasion of privacy because he has failed to allege what information was published, when, by whom, or who disclosed such information.

4. Plaintiff has failed to allege facts supporting his claim for relief for defamation of character, in that Plaintiff has failed to allege what false statements were made about him, by whom, to whom, or when such alleged false statements occurred.

Accordingly, for these reasons, which are set forth in detail in the City's accompanying memorandum of law, Defendant the City of Chicago hereby respectfully requests that the Court grant this motion and dismiss plaintiff's complaint in its entirety.

                                                  Respectfully Submitted,

                                                  STEPHEN R. PATTON
                                                  Corporation Counsel
                                                  City of Chicago

                                                  BY:    /s/ Rebecca Alfert Hirsch

Mardell Nereim
Rebecca Alfert Hirsch
Assistant Corporation Counsel
30 N. LaSalle Street, Suite 1230
Chicago, IL 60602
(312)742-0260

Dated: September 21, 2012

**CERTIFICATE OF SERVICE**

    The undersigned, an attorney of record for the City of Chicago, hereby certifies that on September 21, 2012, she served a copy of the foregoing **Defendant City of Chicago's to Dismiss Plaintiff's Complaint** and **Notice of Motion** on plaintiff listed below via U.S. Mail, postage prepaid:

Darryl Kinney
P.O. Box 8446
Waukegan, IL 60079

                                           /s/ Rebecca Alfert Hirsch